HATTIE G. MURRAY, respondent,

v.

VERONICA PANNACI et al., appellants.

[Argued November 17th and 18th, 1903. Decided February 29, 1904.]

On appeal from the court of chancery.

Mr. Charles L. Corbin, for the appellants.

*Mr. John T. Bird* and *Mr. A. Gordon Murray* (of the New York bar), for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Reed, filed in the court of chancery, reported in *64 N. J. Eq.* (*19 Dick.*) *147.*

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, FORT, HENDRICKSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY—12.

*For reversal*—None.